# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: WM Capital Management v. Lisa McGarry

Case Number: 1:15-cv-08098

An appearance is hereby filed by the undersigned as attorney for:

Lisa McGarry

Attorney name (type or print): Michael Jeffrey Gunderson

Firm: The Gunderson Law Firm, P.C.

Street address: 444 N. Michigan Ave Ste 1000

City/State/Zip: Chicago, IL 60611

Bar ID Number: 6289644
(See item 3 in instructions)

Telephone Number: 312-600-5000

Email Address: mgunderson@gundersonfirm.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☐ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

✔ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 9th, 2015

Attorney signature: S/ Michael Jeffrey Gunderson

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015